# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 04/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

400 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | National Conference of Bar Examiners - Fees earned for drafting, editing & revising bar exam and exaluating performance of test questions. | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 19-22, 2018 | San Francisco, CA | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | September 27-30, 2018 | Chicago, IL | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. OceanFirst (formerly Sun Nat'l) Bank Checking Account | A | Interest | J | T | | | | | |
| 2. Glenmede Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 3. Metropolitan Life Insurance Company (Term Life Policy) | A | Interest | J | T | | | | | |
| 4. Chase Bank | A | Interest | K | T | | | | | |
| 5. TRUST #1 -- U/W Wm. Thompson Art. Fifth (H) | | | | | | | | | |
| 6. -- Fidelity Diversified Int'l Fund | C | Dividend | K | T | | | | | |
| 7. -- Fidelity Money Market Cash Reserves | A | Dividend | L | T | | | | | |
| 8. -- Fidelity Advisor New Insights Fund | B | Dividend | J | T | | | | | |
| 9. -- Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 10. -- Fidelity Short-Inter Mediate Muni Income Fund | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 11. -- Baron Growth Fund | A | Dividend | J | T | | | | | |
| 12. -- DWS Strategic High Yield Tax Free CL S | B | Dividend | K | T | | | | | |
| 13. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 14. -- Harbor Capital Appreciation Fund | B | Dividend | J | T | | | | | |
| 15. -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 16. -- Hotchkins & Wiley Mid Cap Value Fund CL A | A | Dividend | J | T | | | | | |
| 17. -- T Rowe Price Mid Cap Value Fund Adv Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- T Rowe Price Value Fund Adv Class | C | Dividend | K | T | | | | | |
| 19. -- S&P 500 Depository Receipt | A | Dividend | K | T | | | | | |
| 20. -- Invesco Int'l Growth Fund | B | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 21. -- Invesco Int'l Growth Fund | | | | | Sold (part) | 01/24/18 | J | A | |
| 22. -- Invesco Int'l Growth Fund | | | | | Sold (part) | 11/20/18 | J | A | |
| 23. -- Vitrus Foreign Opportunities Fund | B | Dividend | J | T | | | | | |
| 24. -- MFS International Diversification Fund | A | Dividend | J | T | | | | | |
| 25. -- T Rowe Tax Free Inc Fund | A | Dividend | J | T | | | | | |
| 26. -- Causeway Internaional Value | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 27. -- FMI Large Cap Fund | B | Dividend | J | T | | | | | |
| 28. -- MFS Research Int'l | A | Dividend | J | T | | | | | |
| 29. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | | | | | |
| 30. -- Ishares TR Russell 1000 Value Index | A | Dividend | J | T | | | | | |
| 31. -- Ishares TR Russell 100 Growth Index | A | Dividend | J | T | | | | | |
| 32. -- Fidelity Municipal Income | B | Dividend | L | T | | | | | |
| 33. -- Artisan Small Cap Fund | A | Dividend | J | T | | | | | |
| 34. -- Wells Fargo Short-Term Muni Inc | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Wells Fargo Short-Term Muni Inc | | | | | Sold | 01/24/18 | L | A | |
| 36. -- Ishares TR Russell 1000 Index Fund | A | Dividend | J | T | | | | | |
| 37. -- Vanguard Growth Vipers | A | Dividend | K | T | | | | | |
| 38. -- Vanguard Value Vipers | A | Dividend | K | T | | | | | |
| 39. -- Blackrock National Muni Fund CL A | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 40. -- Blackrock National Muni Fund CL A | | | | | Buy (add'l) | 01/24/18 | J | | |
| 41. -- Blackrock National Muni Fund CL A | | | | | Buy (add'l) | 03/26/18 | J | | |
| 42. -- Blackrock National Muni Fund CL A | | | | | Sold (part) | 08/27/18 | J | A | |
| 43. -- Blackrock National Muni Fund CL A | | | | | Sold (part) | 10/12/18 | J | A | |
| 44. -- Spector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | | | | | |
| 45. -- Acadian Emerging Markets Investor | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 46. -- Franklin Convertible Securities | | None | | | Sold | 01/04/18 | J | C | |
| 47. -- Morgan Stanley Inst International | B | Dividend | J | T | | | | | |
| 48. -- Oppenheimer Development Markets | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 49. -- Templeton Global Bond | B | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 50. -- Templeton Global Bond | | | | | Sold (part) | 06/13/18 | J | A | |
| 51. -- Templeton Global Bond | | | | | Sold (part) | 08/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Transamerica International Equity | A | Dividend | J | T | Buy (add'l) | 03/23/18 | J | | |
| 53.  -- Transamerica International Equity | | | | | Sold (part) | 10/11/18 | J | A | |
| 54.  -- Wells Fargo Special Mid Cap Value Adm | A | Dividend | J | T | | | | | |
| 55.  -- Ishares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 01/25/18 | J | B | |
| 56.  -- Ishares S&P 500 Value | A | Dividend | J | T | Sold (part) | 01/05/18 | J | A | |
| 57.  -- Ishares S&P 500 Value | | | | | Sold (part) | 01/25/18 | J | A | |
| 58.  -- Vanguard Large Cap ETF | A | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 59.  -- Vanguard Large Cap ETF | | | | | Sold (part) | 01/28/18 | J | A | |
| 60.  -- Vanguard Sector Index | A | Dividend | J | T | | | | | |
| 61.  -- Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 62.  -- Ishares MSCI Emerging Markets | A | Dividend | J | T | Buy (add'l) | 08/28/18 | J | | |
| 63.  -- Ishares MSCI Emerging Markets | | | | | Sold (part) | 10/15/18 | J | A | |
| 64.  -- Ishares MSCI EAFE Small-Cap | | None | | | Sold | 01/23/18 | J | A | |
| 65.  -- Western Asset Management Municipals | B | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 66.  -- Western Asset Management Municipals | | | | | Buy (add'l) | 01/24/18 | J | | |
| 67.  -- Western Asset Management Municipals | | | | | Sold (part) | 03/26/18 | J | A | |
| 68.  -- Western Asset Management Municipals | | | | | Buy (add'l) | 06/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Western Asset Management Municipals | | | | | Sold | 10/12/18 | K | A | |
| 70. -- Janus Henderson Enterprise | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 71. -- Janus Henderson Enterprise | | | | | Sold (part) | 06/13/18 | J | A | |
| 72. -- Maistay Tax-Free Bond | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 73. -- Maistay Tax-Free Bond | | | | | Sold (part) | 10/12/18 | J | A | |
| 74. -- MS Frontier Emerging Markets | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 75. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 76. -- Flexshares Trust Morningstar Global | | | | | Sold (part) | 03/23/18 | J | A | |
| 77. -- Spdr Index Shs Fds S&P Global | A | Dividend | J | T | | | | | |
| 78. -- Strategic Adv Tax Sensitive Short | A | Dividend | | | Buy | 01/24/18 | L | | |
| 79. -- Strategic Adv Tax Sensitive Short | | | | | Sold | 12/10/18 | L | A | |
| 80. -- JP Morgan US Mid Cap Value Fund Class I | | None | | | Buy | 03/23/18 | J | | |
| 81. -- JP Morgan US Mid Cap Value Fund Class I | | | | | Sold | 06/12/18 | J | A | |
| 82. -- T Rowe Price New Era | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 83. -- JP Morgan US Large Cap Core Plus Class I | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 84. -- JP Morgan US Large Cap Core Plus Class I | | | | | Sold (part) | 08/27/18 | J | A | |
| 85. -- Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 10/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Vanguard Long Term Tax Exempt Adm | A | Dividend | K | T | Buy | 10/12/18 | L | | |
| 87. -- Wells Fargo Muni Bond Fd Admin CL | A | Dividend | K | T | Buy | 10/12/18 | K | | |
| 88. -- Ishares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 89. TRUST #2 -- U/W Wm. Thompson Art. Sixth (H) | | | | | | | | | |
| 90. -- Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 91. -- Fidelity Money Market Cash Reserves | A | Dividend | L | T | | | | | |
| 92. -- Fidelity Advisor Mid Cap Fund II Cl I | B | Dividend | K | T | | | | | |
| 93. -- Fidelity Advisor Int'l Discovery Fund CL I | A | Dividend | J | T | | | | | |
| 94. -- Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 95. -- Baron Growth Fund | A | Dividend | J | T | | | | | |
| 96. -- DWS Strategic High Yield Tax Free CL S | A | Dividend | K | T | | | | | |
| 97. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 98. -- Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 99. -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 100. -- Ishares TR Russell 100 Growth Index | A | Dividend | L | T | Sold (part) | 01/03/18 | J | B | |
| 101. -- Ishares TR Russell 100 Growth Index | | | | | Sold (part) | 06/07/18 | J | C | |
| 102. -- Mutual Series Mutual Shares CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- T Rowe Price Mid Cap Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 104. -- T Rowe Price Value Fund Adv Class | C | Dividend | K | T | | | | | |
| 105. -- Royce PA Mutual Fund | B | Dividend | J | T | | | | | |
| 106. -- S&P 500 Depository Receipt | B | Dividend | L | T | | | | | |
| 107. -- Invesco Int'l Growth Fund | A | Dividend | J | T | Sold (part) | 04/08/18 | J | A | |
| 108. -- Artisan Int'l Value Fund | B | Dividend | K | T | | | | | |
| 109. -- American EuroPacific Growth Fund | B | Dividend | K | T | | | | | |
| 110. -- MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 111. -- Fidelity Advisor New Heights | A | Dividend | J | T | | | | | |
| 112. -- T Rowe Price Tax Free Income | B | Dividend | K | T | | | | | |
| 113. -- Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 114. -- Ishares TR 1000 Index | A | Dividend | J | T | | | | | |
| 115. -- Ishares TR 1000 Value Index | A | Dividend | K | T | | | | | |
| 116. -- Oakmark International | A | Dividend | J | T | | | | | |
| 117. -- Ishares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 118. -- Ishares TR Russell Midcap Value Index | A | Dividend | J | T | | | | | |
| 119. -- Templeton Global Bond | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Templeton Global Bond | | | | | Buy (add'l) | 03/21/18 | J | | |
| 121. -- Templeton Global Bond | | | | | Sold (part) | 08/17/18 | J | A | |
| 122. -- Templeton Global Bond | | | | | Sold | 08/24/18 | K | A | |
| 123. -- Templeton Global Bond | | | | | Buy | 10/22/18 | K | | |
| 124. -- T Rowe Price International Stock | B | Dividend | K | T | | | | | |
| 125. -- Wells Fargo Short-Term Muni Inc | A | Dividend | | | Sold | 03/20/18 | K | A | |
| 126. -- Oppenheimer International Bond | A | Dividend | J | T | Buy (add'l) | 08/27/18 | K | | |
| 127. -- Oppenheimer International Bond | | | | | Buy (add'l) | 09/06/18 | J | | |
| 128. -- Oppenheimer International Bond | | | | | Sold (part) | 10/21/18 | K | A | |
| 129. -- Blackrock National Muni | C | Dividend | M | T | | | | | |
| 130. -- Wasatch Frontier Emerging Small Cp's | | None | | | Sold (part) | 01/04/18 | J | A | |
| 131. -- Wasatch Frontier Emerging Small Cp's | | | | | Sold (part) | 08/09/18 | J | A | |
| 132. -- Wasatch Frontier Emerging Small Cp's | | | | | Sold (part) | 08/24/18 | J | A | |
| 133. -- Wasatch Frontier Emerging Small Cp's | | | | | Sold | 09/06/18 | J | A | |
| 134. -- Acadian Emerging Markets Investor | A | Dividend | J | T | | | | | |
| 135. -- Franklin Convertible Securities | | None | | | Sold (part) | 01/03/18 | K | C | |
| 136. -- Franklin Convertible Securities | | | | | Sold | 03/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- T Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 138. -- Ishares Core S&P Small-Cap | A | Dividend | J | T | | | | | |
| 139. -- Ishares S&P 500 Value | A | Dividend | J | T | Sold (part) | 06/07/18 | J | B | |
| 140. -- Ishares S&P 500 Value | | | | | Sold (part) | 08/17/18 | J | B | |
| 141. -- Ishares S&P 500 Value | | | | | Sold (part) | 09/05/18 | J | B | |
| 142. -- Ishares US Financials | A | Dividend | K | T | | | | | |
| 143. -- Vanguard Large Cap ETF | A | Dividend | K | T | Sold (part) | 01/05/18 | J | B | |
| 144. -- FlexShares Mdstar Global Upstream | A | Dividend | J | T | Sold (part) | 03/20/18 | J | A | |
| 145. -- IShares Core MSCI Emerging Markets | A | Dividend | J | T | Buy (add'l) | 08/21/18 | J | | |
| 146. -- IShares Core MSCI Emerging Markets | | | | | Buy (add'l) | 09/07/18 | J | | |
| 147. -- IShares Core MSCI Emerging Markets | | | | | Sold (part) | 10/23/18 | J | A | |
| 148. -- Ishares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 149. -- Fidelity Tax Free Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/04/18 | K | | |
| 150. -- Fidelity Tax Free Bond Fund | | | | | Sold (part) | 03/21/18 | K | A | |
| 151. -- Fidelity Tax Free Bond Fund | | | | | Buy (add'l) | 06/08/18 | J | | |
| 152. -- Fidelity Tax Free Bond Fund | | | | | Buy (add'l) | 09/06/18 | J | | |
| 153. -- Fidelity Tax Free Bond Fund | | | | | Sold (part) | 10/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- T Rowe Price Tax Free High Yield | A | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 155. -- T Rowe Price Tax Free High Yield | | | | | Sold (part) | 10/18/18 | J | A | |
| 156. -- Western Asset Management Municipals | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 157. -- Western Asset Management Municipals | | | | | Sold (part) | 03/21/18 | J | A | |
| 158. -- Western Asset Management Municipals | | | | | Sold | 10/22/18 | J | A | |
| 159. -- Mainstay Tax Free Bond | A | Dividend | J | T | Sold (part) | 03/21/18 | J | A | |
| 160. -- Mainstay Tax Free Bond | | | | | Sold (part) | 04/09/18 | J | A | |
| 161. -- Mainstay Tax Free Bond | | | | | Sold (part) | 08/20/18 | J | A | |
| 162. -- Mainstay Tax Free Bond | | | | | Sold (part) | 10/22/18 | J | A | |
| 163. -- Fidelity Conservative Income Muni | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 164. -- Fidelity Conservative Income Muni | | | | | Sold | 03/20/18 | J | A | |
| 165. -- Strategic Adv Tax Sensitive Short | A | Dividend | | | Buy | 03/21/18 | K | | |
| 166. -- Strategic Adv Tax Sensitive Short | | | | | Buy (add'l) | 06/08/18 | J | | |
| 167. -- Strategic Adv Tax Sensitive Short | | | | | Buy (add'l) | 08/20/18 | J | | |
| 168. -- Strategic Adv Tax Sensitive Short | | | | | Buy (add'l) | 09/06/18 | J | | |
| 169. -- Strategic Adv Tax Sensitive Short | | | | | Sold | 12/07/18 | K | A | |
| 170. -- Vanguard Large Cap Tax Exempt | A | Dividend | K | T | Buy | 03/21/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Vanguard Large Cap Tax Exempt | | | | | Buy (add'l) | 10/22/18 | K | | |
| 172. -- Transamerica International Equity | | None | | | Buy | 08/20/18 | J | | |
| 173. -- Transamerica International Equity | | | | | Sold | 10/22/18 | J | A | |
| 174. -- MFS International Value Fund | A | Dividend | J | T | Buy | 10/22/18 | J | | |
| 175. -- IShares MSCI Emerging Markets | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 176. GLENMEDE IRA (H) | | | | | | | | | |
| 177. -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Sold (part) | 12/18/18 | K | A | |
| 178. -- Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 179. -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 180. -- Glenmede Govt Cash Fund | A | Interest | L | T | | | | | |
| 181. -- Qualcomm Corp | A | Dividend | K | T | Sold (part) | 12/10/18 | J | A | |
| 182. -- Glenmede Fund Inc Advisor Small Cap | C | Dividend | K | T | | | | | |
| 183. -- Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 184. -- Van Eck Global Hard Assets | A | Dividend | K | T | | | | | |
| 185. -- Apple Inc | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 186. -- Seyworks Solutions | A | Dividend | J | T | Sold (part) | 02/09/18 | J | B | |
| 187. -- Celgene Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Cisco Systems | A | Dividend | J | T | Sold (part) | 02/15/18 | J | B | |
| 189. -- Cisco Systems | | | | | Sold (part) | 12/10/18 | J | A | |
| 190. -- Union Pacific Corp | A | Dividend | J | T | Sold (part) | 06/04/18 | J | B | |
| 191. -- Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 192. -- Pepsico Inc | A | Dividend | J | T | | | | | |
| 193. -- Chevron Corp | A | Dividend | J | T | | | | | |
| 194. -- Mastercard Inc | A | Dividend | J | T | Sold (part) | 12/10/18 | J | B | |
| 195. -- Boeing Co | A | Dividend | J | T | Sold (part) | 12/10/18 | J | B | |
| 196. -- Paypal Holding Inc | | None | J | T | | | | | |
| 197. -- Home Depot Inc | A | Dividend | J | T | | | | | |
| 198. -- JP Morgan & Chase Co | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 199. -- Dollar Tree Inc | | None | J | T | | | | | |
| 200. -- Honeywell International Inc | A | Dividend | J | T | | | | | |
| 201. -- Alphabet Inc Cap Stock | | None | J | T | | | | | |
| 202. -- Sherwin Williams Co | A | Dividend | J | T | | | | | |
| 203. -- US Bancorp | A | Dividend | | | Buy (add'l) | 03/20/18 | J | | |
| 204. -- US Bancorp | | | | | Sold (part) | 12/10/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- US Bancorp | | | | | Sold | 12/20/18 | J | A | |
| 206. -- Gilead Sciencea Inc | A | Dividend | J | T | | | | | |
| 207. -- TJX Cos Inc | A | Dividend | J | T | | | | | |
| 208. -- Walt Disney Co | A | Dividend | J | T | | | | | |
| 209. -- Invesco Ltd | A | Dividend | | | Sold | 10/08/18 | J | A | |
| 210. -- Cognizant Tech Solutions | A | Dividend | | | Sold | 10/05/18 | J | B | |
| 211. -- United Technologies Corp | A | Dividend | J | T | | | | | |
| 212. -- Intel Corp | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 213. -- Eli Lily & Co | A | Dividend | | | Sold | 02/26/18 | J | A | |
| 214. -- Diageo PLC Spns ADR | A | Dividend | J | T | Sold (part) | 02/13/18 | J | A | |
| 215. -- Smith & Nephew PLC | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 216. -- Touchstone Sands Emerging Makets Growth Fund | | None | | | Sold | 02/05/18 | K | D | |
| 217. -- Glenmede International | B | Dividend | K | T | Sold (part) | 02/15/18 | J | B | |
| 218. -- Abbott Laboratories | A | Dividend | | | Sold | 02/23/18 | J | C | |
| 219. -- Edwards Lifesciences | | None | J | T | Sold (part) | 12/10/18 | J | B | |
| 220. -- Colgate Palmolive Co | A | Dividend | J | T | Sold (part) | 03/23/18 | J | A | |
| 221. -- Costco Wholesale Corp | A | Dividend | J | T | Sold (part) | 07/20/18 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Discover Financial Services | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 223. -- PNC Financial Services Group | A | Dividend | J | T | | | | | |
| 224. -- Snap On Tools Corp | A | Dividend | J | T | | | | | |
| 225. -- Booking Holdings Inc (formerly Priceline.com Inc) | | None | | | Sold | 03/12/18 | K | D | |
| 226. -- Laboratory Corp of America | | None | J | T | | | | | |
| 227. -- Procter & Gamble | A | Dividend | | | Buy | 02/02/18 | J | | |
| 228. -- Procter & Gamble | | | | | Sold | 12/10/18 | J | B | |
| 229. -- Chubb Limited | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 230. -- Applied Materials Inc | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 231. -- Schlumberger Ltd | A | Dividend | | | Buy | 02/15/18 | J | | |
| 232. -- Schlumberger Ltd | | | | | Sold | 10/05/18 | J | A | |
| 233. -- Patterson Cos Inc | A | Dividend | | | Buy | 02/27/18 | J | | |
| 234. -- Patterson Cos Inc | | | | | Sold (part) | 06/15/18 | J | A | |
| 235. -- Patterson Cos Inc | | | | | Sold | 06/18/18 | J | A | |
| 236. -- Ulta Beauty Inc | | None | | | Buy | 03/01/18 | J | | |
| 237. -- Ulta Beauty Inc | | | | | Sold | 09/17/18 | J | C | |
| 238. -- Charles Schwab Corp | A | Dividend | J | T | Buy | 03/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Marathon Petroleum Corp | A | Dividend | | | Buy | 03/23/18 | J | | |
| 240. -- Marathon Petroleum Corp | | | | | Buy (add'l) | 10/12/18 | J | | |
| 241. -- O'Reilly Automotive Inc | | None | | | Buy | 05/04/18 | J | | |
| 242. -- O'Reilly Automotive Inc | | | | | Sold | 09/04/18 | J | B | |
| 243. -- Cummins Inc | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 244. -- Bristol Myers | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 245. -- Waters Corp | | None | J | T | Buy | 08/29/18 | J | | |
| 246. -- Garrett Motion Inc | | None | | | Spinoff (from line 200) | 10/01/18 | J | | |
| 247. -- Garrett Motion Inc | | | | | Sold | 10/08/18 | J | | |
| 248. -- Pioneer Natural Resources Co | | None | J | T | Buy | 10/09/18 | J | | |
| 249. -- Pioneer Natural Resources Co | | | | | Buy (add'l) | 10/12/18 | J | | |
| 250. -- Residio Technologies Inc | | None | | | Spinoff (from line 200) | 10/29/18 | J | | |
| 251. -- Residio Technologies Inc | | | | | Sold | 12/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting |
| --- |
| Thompson, Anne E. |

| Date of Report |
| --- |
| 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - OceanFirst bank acquired Sun National Bank on 01/31/18.

Part VII, Lines 122-123 - Templeton Global Bond was sold completely on 8/24/18 and then re-purchased on 10/22/18.

Part VII, Line 225 - Booking Holdings Inc was received in a Corporate merger with Priceline.com Inc on 2/27/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544